**Order entered August 1, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00227-CV

### STEWART HUNTER, Appellant

### V.

### THOMAS GUERCIO AND SHELDON ROBINSON, Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02165-2012**

## ORDER

Before the Court is appellee Sheldon Robinson's July 31, 2018 unopposed motion to extend time for filing brief. We **GRANT** the motion and **ORDER** Robinson's brief be filed no later than August 27, 2018.

/s/  DAVID EVANS
    JUSTICE